*Joseph M. Howard* for the United States.

No. 272. LEWIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Wayne L. Prim* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Joseph M. Howard* for the United States.

No. 274. BAKER ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Harold Dublirer* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *William W. Goodrich* for the United States.

No. 279. INGLE COAL CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *John E. McClure* and *William P. McClure* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Harry Baum* for the United States.

No. 280. UNITED STATES *v.* TANNER ET AL. Court of Claims. Certiorari denied. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States. *Burr Tracy Ansell* for respondents.

No. 283. TURNER, GUARDIAN, *v.* BELL ET AL. Supreme Court of Tennessee. Certiorari denied. *Bailey Walsh* for petitioner. *Cooper Turner, Jr.* for Gill, Trustee, et al., respondents.

No. 285. E. REGENSBURG & SONS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Arthur B. Hyman* for

petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *L. W. Post* for the United States.

No. 288. GILMORE, FORMERLY KNAUER, *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *B. E. Hendricks* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *A. F. Prescott* for the United States.

No. 289. INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL UNION No. 1291 ET AL. *v.* PHILADELPHIA MARINE TRADE ASSOCIATION ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Abraham E. Freedman* and *Charles Lakatos* for petitioners. *Robert G. Kelly* and *Francis A. Scanlan* for the Philadelphia Marine Trade Association, *Owen B. Rhoads* and *Robert M. Landis* for the National Sugar Refining Co., and *Thomas F. Mount* for Dugan & McNamara, Inc., respondents.

No. 290. HERMAN *v.* NORTHWEST AIRLINES, INC. ET AL. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Edward J. Behrens* for respondents.

No. 291. KERMATH MANUFACTURING CO. *v.* BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. C. A. 6th Cir. Certiorari denied. *Harry A. Carson* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Townsend, James D. Hill* and *George B. Searls* for respondent.